Joseph Dorocke and Marie Dorocke, Plaintiffs-Appellants, v. Harvey Farrington, et al., etc., Defendants-Appellees.

Gen. No. 52,380. (Abstract of Decision.)

First District.

August 1, 1969.

Nat M. Kahn, of Chicago, for appellants; Yowell and Cessna, of Chicago (John J. Yowell, G. Kent Yowell and William R. Yowell, of counsel), for appellees. Opinion by JUSTICE SMITH. Not to be published in full.